IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | NO. 14-69-*1, 2, 5, 7, 8, 9* and *-10* |
| JOSEPH DOUGHERTY, et al. | |

## ORDER RE: MOTIONS TO DISMISS

**AND NOW**, this 21st day of July, 2014, for the reasons stated in the accompanying memorandum, Defendants Joseph Dougherty, Edward Sweeney, Christopher Prophet, Richard Ritchie, and William O'Donnell's Motions to Dismiss the Indictment (ECF 202, 203 204, 206, and 207) are **DENIED**.

BY THE COURT:

_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\Criminal Cases\14-69 us v dougherty\14cr69.order.mtd.docx