IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOSEPH DOUGHERTY** | **CRIMINAL ACTION**<br><br>**NO. 14-69-1** |

**O R D E R**

**AND NOW**, this __16th___ day of July, 2015, after consideration of Defendant Joseph Dougherty's post-trial Motion for Judgment of Acquittal and/or for a New Trial (ECF 375) and his Reply brief in support of the motion (ECF 525), and after consideration of the Government's Response and Sur-Reply briefs (ECF 350, 515, and 529), and after consideration of both parties' arguments at trial, it is hereby **ORDERED** that Dougherty's Motion for Judgment of Acquittal and/or for a New Trial (ECF 375) is **DENIED**.

BY THE COURT:

*/s/ Michael M. Baylson*
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\Criminal Cases\14-69 us v dougherty\14cr69.order.post-trial.motion.2015.07.16.docx